UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-10005-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

NELSON ATWOOD SAWYER,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant's Motion to Dismiss the Indictment on Grounds of Government Misconduct [ECF No. 20] and Motion to Suppress Physical Evidence Related to the Traffic Stop Giving Rise to Mr. Sawyer's Arrest and Indictment Herein, as well as Mr. Sawyer's Unmirandized Statements Made After Being Placed in Custody During the Same Traffic Stop [ECF No. 21].

**THE MATTERS** were referred to United States Magistrate Judge Lurana S. Snow and accordingly, the Magistrate Judge conducted an evidentiary hearing on July 27-28, 2017. A Report and Recommendation [ECF No. 53] was filed on July 31, 2017, recommending that Defendant's Motions [ECF No. 20, 21] be **denied**.

The parties were afforded the opportunity to file written objections if any, from the date of being served. The record reveals that objections were filed by Defendant's Counsel and noted by this Court. After a *de novo* review of the Record and Magistrate Lurana S. Snow's well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Lurana S. Snow's Report and Recommendation [ECF No. 53] is hereby **ADOPTED AND AFFIRMED** in its entirety. Defendant's Motion to Dismiss the Indictment on Grounds of Government Misconduct [ECF No. 20] and Defendant's Motion to Suppress Physical Evidence Related to the Traffic Stop Giving Rise to Mr. Sawyer's Arrest and Indictment Herein, as well as Mr. Sawyer's Unmirandized Statements Made After Being Placed in Custody During the Same Traffic Stop [ECF No. 21] are **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this __3__ day of August, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel Of Record